# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| **DONALD FOSTER,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NEW ANGUS LLC, d/b/a DEMKOTA RANCH BEEF,**<br><br>**Defendant.** | 1:23-CV-1020-CBK<br><br>**JUDGMENT OF DISMISSAL** |

The Court having entered its Order Granting Joint Motion to Dismiss Civil Action With Prejudice on November 12, 2024, it is hereby

ORDERED that this matter is dismissed based on the joint motion to dismiss and as stated in the Order.

Dated this 12th day of November, 2024.



MATTHEW W. THELEN, Clerk

_____
Clerk